**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)**

| | |
|---|---|
| **IN RE:** | Case No.: 21-13451 |
| | Chapter: 13 |
| Lawanda K Hewitt | Hearing Date: 07/15/2022 |
| Debtor | Judge LaShonda A. Hunt |

### NOTICE OF MOTION

TO:   Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532
   by electronic notice through ECF
   Lawanda K Hewitt, Debtor, 21758 Ivanhoe Trl, Plainfield, IL 60540
   Booker Hewitt, Co-Debtor, 21758 Ivanhoe Trl, Plainfield, IL 60540
   Shamus M Boyd, Attorney for Debtor, 20 S Clark St, Ste 28, Chicago, IL  60603
   by electronic notice through ECF
   Office of U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604
   by electronic notice through ECF

PLEASE TAKE NOTICE that on **07/15/2022, at 10:15AM**, I will appear before the Honorable Judge LaShonda A. Hunt, or any judge sitting in that judge's place, and present the motion of Codilis & Associates, P.C. for AH4R Management- IL, LLC d/b/a American Homes 4 Rent, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link:   https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 165 5696** and the **passcode** is **749091**. Additional information can be found on Judge Hunt's webpage on the court's website: https://www.ilnb.uscourts.gov/content/judge-lashonda-hunt.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

   /s/ Terri M. Long
   Attorney for Movant

Terri M. Long ARDC#6196966
terri.long@il.cslegal.com
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-22-05110**

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Chapter 13 Trustee, U.S. Trustee and Debtor's Attorney via electronic notice on June 29, 2022 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on June 29, 2022.

- Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532
  by electronic notice through ECF
- Lawanda K Hewitt, Debtor, 21758 Ivanhoe Trl, Plainfield, IL 60540
- Booker Hewitt, Co-Debtor, 21758 Ivanhoe Trl, Plainfield, IL 60540
- Shamus M Boyd, Attorney for Debtor, 20 S Clark St, Ste 28, Chicago, IL 60603
  by electronic notice through ECF
- Office of U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604
  by electronic notice through ECF

      /s/ Terri M. Long
      Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-22-05110**

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)**

| | |
|---|---|
| IN RE: | Case No.: 21-13451 |
| | Chapter: 13 |
| Lawanda K Hewitt | Hearing Date: 07/15/2022 |
| Debtor | Judge LaShonda A. Hunt |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

**NOW COMES** AH4R Management - IL, LLC d/b/a American Homes 4 Rent, its successors and/or assigns (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362 and §1301(c) for an Order granting Movant relief from the automatic stay and co-debtor stay, and in support thereof respectfully states as follows:

1.  This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2.  Movant is a creditor of the Debtor with respect to a certain residential Lease Agreement dated 12/14/2021, providing for the lease by the Debtor of certain premises with a common address of 21758 Ivanhoe Trail, Plainfield, IL 60544 (hereinafter "Lease");

3.  Enforcement of the Lease has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon the Debtor filing of this petition on 11/24/2021;

4.  The Debtor has failed to make the lease payments as they came due, thereby causing a five-month default in the amount of $14,675.40 as of 06/24/2022, plus attorney fees and court costs for this motion;

5.  The Debtor has also failed to pay utilities including water, gas, electric, sewer and trash; and other fees that have come due pursuant to the lease, which have been included in the calculation of any default figures quoted herein;

6. That the subject lease is co-signed by Booker Hewitt and that to the extent that the co-debtor stay of 11 U.S.C. §1301 applies to residential leases, it applies to Booker Hewitt and grounds exist for relief therefrom under 11 U.S.C. §1301(c)(3) if the automatic stay is modified therein;

7. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

**WHEREFORE,** AH4R Management - IL, LLC d/b/a American Homes 4 Rent its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of 11 U.S.C. §362 and §1301(c) to permit Movant to take any and all action necessary to enforce its rights pursuant to the Lease under applicable state law, and for such other and further relief as this Court may deem just and proper.

Dated this June 29, 2022.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Terri M. Long

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-20-05472**

NOTE: This law firm is a debt collector.